IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANTHONY D. DALLAGO,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 26-cv-00519-DKW-WRP<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS**[1] |

Plaintiff Anthony D. Dallago moves for leave to proceed without prepaying fees or costs ("IFP Application") in this Social Security appeal. Dkt. No. 2.

Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay. *See* 28 U.S.C. § 1915(a)(1). While Section 1915(a) does not require a litigant to demonstrate absolute destitution, *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948), the applicant must nonetheless show that he is "unable to pay such fees or give security therefor," 28 U.S.C. § 1915(a).

Here, Dallago has made the required showing under Section 1915(a). In the IFP Application, Dallago states that he earns $1,500 per month, with $1,200 per

[1]Pursuant to Local Rule 7.1(c), the Court finds these matters suitable for disposition without a hearing.

month in take-home pay, from his at-home guitar repair service. Dkt. No. 2 at 1. However, he states that he is "about to shut [] down" his business "due to a death in the family" and because he is "losing [his] home." *Id.* Dallago states he also receives $1,993 per month in SSI retirement benefits. *Id.* Dallago's regular monthly expenses come to $2,000 per month, and he pays at least $500 per month in housing loan payments. *Id.* at 2. He has no stated assets in a checking or savings account, but says that he and his immediate family members have three cars between them. *Id.* Dallago states that he owes $250,000 in loan repayments to his sister-in-law and an undisclosed amount in credit card payments.

In light of these figures, Dallago's income after expenses falls below the poverty threshold identified by the Department of Health and Human Services' ("HHS") 2026 Poverty Guidelines,[2] and he has insufficient income and/or assets to pay the filing fee. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). In addition, Dallago has insufficient assets to provide security. Accordingly, the Court GRANTS the IFP Application, Dkt. No. 2.

IT IS SO ORDERED.

DATED: November 3, 2026 at Honolulu, Hawai‘i.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

[2]HHS Poverty Guidelines, available at: https://aspe.hhs.gov/sites/default/files/documents/b1bfa16b20ae9b89d525bc35de7c1643/detailed-guidelines-2026.pdf.